IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Sherise A

Printed: 10/29/08

Case Number: 07 B 14986
Judge: Wedoff, Eugene R
Filed: 8/17/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 21, 2008
Confirmed: October 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,492.27 | |
| Secured: | | 418.78 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 984.08 |
| Trustee Fee: | | 89.41 |
| Other Funds: | | 0.00 |
| Totals: | 1,492.27 | 1,492.27 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,543.00 | 984.08 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 4. | Jeffro Furniture Company | Secured | 0.00 | 0.00 |
| 5. | Union Auto Sales | Secured | 3,451.44 | 418.78 |
| 6. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 187.00 | 0.00 |
| 8. | Jeffro Furniture Company | Unsecured | 151.38 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 297.00 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 48.82 | 0.00 |
| 11. | Union Auto Sales | Unsecured | 45.05 | 0.00 |
| 12. | Harris & Harris | Unsecured | | No Claim Filed |
| 13. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 14. | R & R Country Motors | Unsecured | | No Claim Filed |
| 15. | Payday Loan | Unsecured | | No Claim Filed |
| 16. | Superior Asset Management | Unsecured | | No Claim Filed |
| 17. | AmSher Collection Services | Unsecured | | No Claim Filed |
| 18. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| | | | $ 7,748.69 | $ 1,402.86 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 43.69 |
| 6.5% | 39.63 |
| 6.6% | 6.09 |
| | $ 89.41 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Sherise A

Printed: 10/29/08

Case Number: 07 B 14986
Judge: Wedoff, Eugene R
Filed: 8/17/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

